UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

Case No.: 3:24-cv-00687-WWB-LLL

KYLE KOSCO,

    Plaintiff,

v.

EQUIFAX, INC.,

    Defendant.

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff, Kyle Kosco ("PLAINTIFF"), and Defendant, Equifax, Inc. ("EQUIFAX"), have reached a settlement in the above-captioned action. Plaintiff expects to file a Joint Stipulation of Dismissal once settlement documents have been exchanged and executed. Therefore, Plaintiff respectfully requests sixty (60) days to complete the settlement documents and notify this honorable Court of dismissal.

Date: 10/21/2024

                                            BY: *s/ Jason S. Weiss*
                                                    Jason S. Weiss
                                                    Jason@jswlawyer.com
                                                    Florida Bar No. 356890
                                                    **WEISS LAW GROUP, P.A.**
                                                    5531 N. University Drive, Suite 103
                                                    Coral Springs, FL 33067
                                                    Tel: (954) 573-2800
                                                    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I certify that on October 21, 2024, I served Plaintiff, Kyle Kosco's, Notice of Settlement using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

BY: *s/ Jason S. Weiss*
Jason S. Weiss